IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DIEKMAN** | : | CIVIL ACTION |
| | : | |
| **VS** | : | |
| | : | |
| **ENERGY CHOICE MARKETING, INC. ET AL** | : | 02-4681 |

### ORDER

    **AND NOW**, this 29TH day of JULY, 2002, it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

    **AND IT IS SO ORDERED.**

                                            J. CURTIS JOYNER,        J.