IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DIEKMAN                          :   CIVIL ACTION
                                      :
       Plaintiff                     :
  v.                                  :
                                      :
ENERGY CHOICE MARKETING, INC.,        :   NO. 02-4681
ET AL.                                :
       Defendant                     :

**MOTION TO DISMISS
COUNT I OF DEFENDANT'S COUNTERCLAIM FOR FAILURE TO STATE
A CLAIM OR IN THE ALTERNATIVE
MOTION FOR MORE DEFINITE STATEMENT**

For reasons set forth in the within Motion, Plaintiff requests that the aforementioned Count I be DISMISSED.

Dated: October 17, 2002

Respectfully submitted,

RYAN, BROWN, McDONNELL,
BERGER & GIBBONS, P.C.

By _____
Michael T. McDonnell, III
Attorney I. D. No. 60111
Attorney for Plaintiff
John Diekman

1600 Market Street, 14th Floor
Philadelphia, PA  19103-7240
(215) 564-3800

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DIEKMAN                          :   CIVIL ACTION
                                      :
       Plaintiff             :
  v.                                  :
                                      :
ENERGY CHOICE MARKETING, INC., :   NO. 02-4681
ET AL.                                :
       Defendant             :

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION TO DISMISS

Plaintiff John Diekman filed a Complaint naming as Defendants Energy Choice Marketing ("ECM"), Consumer Choice, Inc. ("CCI")(the successor in interest to ECM, Shai Fishman and S & D Marketing.

Defendants have responded by way of counterclaim that there has been fraud and misrepresentation. Defendants have alleged in boilerplate terms that there has been fraud and misrepresentation. Defendants have failed to allege with the requisite particularity those facts necessary to state a cause of action for fraud and misrepresentation.

The totality of the factual predicate was that Diekman represented that he had expertise in door-to-door sales including developing sales, scripts, opening offices,

Defendants fail to allege facts to contradict these assertions. They have failed to point out how these assertions were false and misleading. Indeed, there is no fact or facts which might contradict their representation or demonstrate their falsity.

In all respects, Defendants counterclaim fails the requisites of Fed. R.C.P. Rule 9 that such particularities be present to allow the Court to assess the validity of the plea.

WHEREFORE, Plaintiff requests that the Counterclaim be dismissed and that the Motion for More Definite Statement be granted as the pleading is so vague and lacking content that Plaintiff cannot fashion a meaningful response.

Dated: October 17, 2002

Respectfully submitted,

RYAN, BROWN, McDONNELL,
BERGER & GIBBONS, P.C.

By _____
Michael T. McDonnell, III
Attorney I. D. No. 60111
Attorney for Plaintiff
John Diekman

1600 Market Street, 14th Floor
Philadelphia, PA  19103-7240
(215) 564-3800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the MOTION TO DISMISS COUNT I OF DEFENDANT'S COUNTERCLAIM FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT/MEMORANDUM OF LAW IN SUPPORT was made on counsel listed below:

>Stephen G. Burns, Esquire
>BURNS & KASMEN
>The Pavilion, Suite 630
>261 Old York Road
>Jenkintown, PA 19046

Dated: October 17, 2002

RYAN, BROWN, McDONNELL,
BERGER & GIBBONS, P.C.

By _____
Michael T. McDonnell, III