## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOHN DIEKMAN                       : CIVIL ACTION
                                   :
     vs.                           :
                                   : NO. 02-4681
ENERGY CHOICE MARKETING, INC.      :
SHAI FISHMAN, S & D MARKETING      :
INC., and CONSUMER CHOICE, INC.    :
```

### ORDER

AND NOW, this            day of November, 2002, upon consideration of the Motion of Plaintiff, John Diekman to Dismiss Count I of the Counterclaim filed by Defendants Energy Choice Marketing, Inc. and Consumer Choice, Inc., and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and Count I of the said defendants' counterclaim is DISMISSED.  See: Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____

J. CURTIS JOYNER,          J.