```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN DIEKMAN                    : CIVIL ACTION
                                :
     vs.                        :
                                : NO. 02-4681
ENERGY CHOICE MARKETING, INC.   :
SHAI FISHMAN, S & D MARKETING   :
INC., and CONSUMER CHOICE, INC. :
```

**ORDER**

AND NOW, this            day of November, 2002, upon consideration of the Motions of Defendants Shai Fishman and S & D Marketing, Inc. to Dismiss the Plaintiff's Complaint and it appearing to the Court that an Amended Complaint has since been filed, it is hereby ORDERED that the Motions to Dismiss are DENIED as MOOT.

                                        BY THE COURT:


                                        _____
                                        J. CURTIS JOYNER,      J.