:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DIEKMAN                              CIVIL ACTION

                              :
              v.              :
                              :
ENERGY CHOICE MARKETING, INC.
ET AL.


                          02-4681


**O R D E R**

        AND NOW, this 5TH day of FEBRUARY, 2003, it is Ordered
that this matter is **SCHEDULED**  for a RULE 16  conference in
chambers before the Honorable J. Curtis Joyner, on **FEBRUARY 13,
200**3 at 2:00pM in Room 8TH FLOOR - room 8613.


PS: If counsel is not available at this time and wish to
reschedule or change this to a telephone conference - that party
shall contact the Deputy Clerk (267-299-7419) and coordinate a new
date and time for all parties. Plaintiff is to notify all parties
of this conference.


ATTEST:                            or    BY THE COURT


BY:____ANGELA J. MICKIE____        _____
        Deputy Clerk               Judge

Civ 12 (9/83)