W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DIEKMAN                          :
                                      :
      vs.                             :        CIVIL ACTION NO. 02-4681
                                      :
ENERGY CHOICE MARKETING, INC.,        :
ET AL

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  13TH  day of  FEBRUARY, 2003,  a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:  90 DAYS DISCOVERY

                                              _____
                                              Angela Mickie
                                              Deputy Clerk to Judge Joyner

Civ 14 (8/80)