W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN DIEKMAN                    :              CIVIL ACTION

                               :
                v.             :

ENERGY CHOICE MARKETING, INC.  :              NO. 02-4681


**NOTICE**

        AND NOW, this 8th day of APRIL, 2003, this matter is
scheduled for a  - STATUS telephone conference on APRIL 17, 2003
at 11:00 a.m. before the Honorable J. Curtis Joyner. Plaintiff to
initiate the call to chambers at 597-1537.


*If you are unable to attend this meeting and wish to reschedule
or to change the conference to a telephone conference - it is
**your** (the counsel not available) - responsibility to coordinate
the date and time with all counsel involved and to contact the
the Deputy at - 267-299-7419


ATTEST:                        or    BY THE COURT


BY: ADRIENNE MANN                  _____
      Acting Deputy Clerk                      Judge

Civ 12 (9/83)