**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DIEKMAN, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 02-4681 |
| | : | |
| v. | : | |
| | : | |
| ENERGY CHOICE MARKETING, INC. ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this      day of April, 2003 upon consideration of Plaintiff's Motion to Strike the Motions of Defendants Shai Fishman and S & D Marketing, Inc., and in view of this Court's Order denying the Motions to Dismiss, it is hereby ORDERED that Plaintiff's Motion to Strike is DENIED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,        J.