```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOHN DIEKMAN, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 02-4681 |
| v. | : | |
| ENERGY CHOICE MARKETING, INC. ET AL. | : | |
| Defendants. | : | |

### ORDER

AND NOW, this      day of May, 2003, following telephone conference call with the parties, it is hereby ORDERED: (1) that the deadlines set forth in this Court's Scheduling Order of February 27, 2003 are EXTENDED for a period of sixty (60) days; and (2) that Plaintiff's request for discovery is GRANTED and Defendants are DIRECTED to make their records available to Plaintiff for inspection and copying at such date, time and place as is mutually convenient and agreeable to the parties.

                              BY THE COURT:


                              _____
                              J. CURTIS JOYNER,         J.