```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| JOHN DIEKMAN | : |  |
|  | : | NO. 02-4681 |
| vs. | : |  |
|  | : |  |
| ENERGY CHOICE MARKETING, INC. ET AL | : |  |

O R D E R

AND NOW, this 7TH day of APRIL, 2004, the above-captioned case is scheduled for a **non-jury** trial to commence on June 22, 2004, at 10:00 A.M. in Courtroom 8B on the 8th floor, before the Honorable J. Curtis Joyner in the U.S. Courthouse, 601 Market Street, Philadelphia, PA.

AND IT IS SO ORDERED.

                                    _____
                                         J. CURTIS JOYNER, J.