IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DIEKMAN<br>      Plaintiff<br><br>v.<br><br>ENERGY CHOICE MARKETING,<br>INC., ET AL.<br>      Defendants | CIVIL ACTION NO. 02-4681 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties that this action be and hereby is (i) dismissed without prejudice as to defendants Energy Choice Marketing, Inc. and Consumer Choice, Inc; (ii) dismissed with prejudice as to defendants Shai Fishman and S&D Marketing, Inc.; and (iii) the counterclaim against plaintiff John Diekman is dismissed without prejudice.

RYAN, BROWN, McDONNELL,　　　　　　　　BURNS & KASMEN
BERGER & GIBBONS, P.C.

By: *[signature]*　　　　　　　　　　　　　　By: *[signature]*
    Michael T. McDonnell, III　　　　　　　　　    Stephen G. Burns
    1600 Market Street, 14th Floor　　　　　　    The Pavilion, Suite A-51
    Philadelphia, PA 19103-7240　　　　　　　    261 Old York Road
    (215) 564-3800　　　　　　　　　　　　　    Jenkintown, PA 19046
    Attorney for Plaintiff　　　　　　　　　　　    (215) 517-5800
　　　　　　　　　　　　　　　　　　　　　　    Attorneys for Defendants

**SO ORDERED:** _____　　　　　　July ___, 2004
                      Joyner, J.